UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:00-cr-0140-01 (LJM/KPF) |
| | ) | |
| WILLIAM SOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that William Soward's supervised release be modified instead of revoked, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court as follows:

Mr. Soward's supervised release is modified as follows:

1. Mr. Soward shall reside at a community corrections center, preferably, the Volunteers of America, Indianapolis, Indiana, in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana, for 180 days.

2. Upon release from the Volunteers of America, Mr. Soward shall continue on supervised release conditions imposed at sentencing.

3. Defendant is to have no contact with Jody Kelly.

4. Mr. Soward is to participate in a mental health clinic and is directed to continue to take any medicines prescribed.

IT SO ORDERED this 16th day of May, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Juval Scott,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal