# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

UNITED STATES OF AMERICA

v.

WILLIE SOWARD

*JUDGMENT IN A VIOLATION HEARING*
*Modification of Supervision Only*
*(For Offenses Committed On or After November 1, 1987)*

Case Number: 1:00CR00140-001

Juval Scott
Defendant's Attorney

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

**X** was adjudged guilty of Violation Number(s) **2, 4-7, 9, in part and 10**
and special condition(s) _____

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 2 | Failure to answer truthfully inquiries of probation officer and follow instructions of probation officer | 3/22/12 |
| 4 | Failure to participate in substance abuse testing and treatment | 3/23/12 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

**X** The defendant has been found not guilty of violation of condition(s) **1, 3 and 8**
and special condition(s) _____

G Charge(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.: **6627**

Defendant's Year of Birth: **1967**

City and State of Defendant's Residence:
Indianapolis, IN

5/16/2012
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer

**Honorable Larry J. McKinney, Senior U.S. District Court Judge**
Name and Title of Judicial Officer

May 16, 2012
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By *[signature]*
Deputy Clerk

DEFENDANT:       WILLIE SOWARD
CASE NUMBER:     1:00CR00140-001

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
| --- | --- | --- |
| 5 | Use of a controlled substance | 5/7/12 |
| 6 | Excessive use of alcohol | 4/20/12 |
| 7 | Frequenting places where controlled substances are sold | 5/7/12 |
| 9 | Failure to notify USPO of arrest | 5/7/12 |
| 10 | Association with known felons | 5/9/12 |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

1. The defendant shall reside at Volunteers of America for a period of up to 180 days, as directed by the probation officer, and shall observe the rules of that facility.

2. The defendant shall participate in a program of mental health treatment as directed by the probation officer.  He shall take any psychiatric medications prescribed by his physician or mental health provider.

3. The defendant shall have no contact with Jody Kelly.