UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:00-cr-0140 LJM-KPF |
| ) | |
| WILLIE SOWARD, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Willie Soward's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 18 months in the custody of the Attorney General. It is recommended by the Magistrate Judge that defendant be designated to the Federal Correctional Institution at Pekin, Illinois. During his incarceration, defendant will be subject to mental health treatment, as well as drug addiction treatment. Upon Mr. Seward's release from confinement, he will not be subject to supervised release.

SO ORDERED this   08/23/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal